FILED ENTERED
LODGED RECEIVED

NOV - 9 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

10-CV-00296-ORD

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| TRACY DAMON LEE, | ) |
| | ) CASE NO.   C10-296-JLR |
| Petitioner, | )              (CR-06-164-JLR) |
| | ) |
| v. | ) |
| | ) ORDER OF DISMISSAL |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

The Court, after careful consideration of petitioner's 28 U.S.C. § 2255 motion for writ of habeas corpus, the Report and Recommendation of the Honorable Mary Alice Theiler, *Plaintiff's Objections to the Report and Recommendation (Dkt 33),* the governing authorities and the balance of the record, does hereby find and ORDER:

(1) The Report and Recommendation is ADOPTED;

(2) Petitioner's § 2255 motion is DENIED and this case is DISMISSED with prejudice;

(3) Petitioner is DENIED issuance of a certificate of appealability; and

///

///

ORDER OF DISMISSAL
PAGE -1

(4) The Clerk is directed to send copies of this Order to all counsel of record and to Judge Theiler.

DATED this 8th day of November, 2010.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE -2